E-FILED
Friday, 16 June, 2006  10:20:29 AM
Clerk, U.S. District Court, ILCD

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

| | | |
|---|---|---|
| SUSAN L. SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Court No.: 05-L-99 |
| | ) | 06-1152 |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**FILED**

JUN 15 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION TO DISMISS DEFENDANT'S "ADDITIONAL DEFENSES"

NOW COMES, the Plaintiff, SUSAN L. SIMMONS by and through her attorneys, KANOSKI & ASSOCIATES, and in support for her motion to dismiss Defendant's "Additional Defenses", pursuant to 735 ILCS 5/2-615, states the following:

1. Defendant responded to Plaintiff's Complaint and filed "additional defenses" therein.

2. Defendant's self-styled "Additional Defenses" impermissibly conclude Plaintiff was guilty of contributory negligence, failure to mitigate damages and further "fails to state a claim upon which relief can be granted." *See Exhibit A, attached hereto and incorporated herein by reference.*

3. Nowhere within Defendant's "Additional Defenses" is there any mention of any fact to support these flagrantly alleged legal conclusions.

4. Moreover, multiple defenses are grouped into one count along with an improper motion.

WHEREFORE, the Plaintiff prays this Honorable Court dismiss with prejudice Defendant's "Additional Defenses" and/or for any other relief it deems fair and just.

Respectfully Submitted:

SUSAN SIMMONS, Plaintiff
KANOSKI & ASSOCIATES

BY: _____
Todd A. Bresney

KANOSKI & ASSOCIATES
Todd A. Bresney
2730 South MacArthur Blvd.
Springfield, IL 62704
217/523-7742

MAY 19 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Motion to Dismiss to Defendant was served by enclosing same in an envelope addressed to:

Mr. Cody Moon
Defranco Law Firm
785 Wall Street, Suite 200
O'Fallon, IL 62269
618-628-2000

and by depositing said envelope in a U.S. Mail Post Office Box with proper postage fully pre-paid on this 16 day of May, 2006.

_____


KANOSKI & ASSOCIATES
2730 South MacArthur Blvd.
Springfield, IL 62704
217/523-7742