## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| SUSAN L. SIMMONS, ) | |
| ) | Case No.: 1:06-CV-1152 |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S MOTION FOR REMAND, OR IN THE ALTERNATIVE, FOR TRANSFER TO THE SPRINGFIELD DIVISION ON GROUNDS OF *FORUM NONCONVENIENS*** |
| vs. ) | |
| WAL-MART STORES, INC., ) | |
| ) | **ORAL ARGUMENT REQUESTED** |
| Defendant. ) | |

NOW COMES, the Plaintiff, SUSAN L. SIMMONS, by and through her attorneys, KANOSKI & ASSOCIATES, and moves this Honorable Court to Remand this case to the Sixth Judicial Circuit Court of Illinois pursuant to 28 U.S.C. Sec. 1447, or in the alternative, to Transfer this case on grounds of *forum nonconveniens* to the Springfield Division of the United States District Court for the Central District of Illinois and in support thereof, states the following:

1.  Plaintiff filed a complaint on August 3, 2005 alleging negligence for a slip and fall occurrence resulting in personal injuries.

2.  Defendant filed a Federal Petition for Removal from State Court(1:05-CV-1377) on November 29, 2005, alleging diversity jurisdictions and a good faith basis to believe the matter in controversy exceeded $75,000.00 based on new papers in the form of

medical records it received.

3.     Prior to filing its Petition for Removal, Defendant attempted to dismiss the case in Macon County citing lack of jurisdiction, or in the alternative, a transfer of this matter to Bloomington, Illinois.

4.     Defendant's Motion to Dismiss was denied by the State Court.

5.     Plaintiff resides in Macon County, with the exception of her emergency room treatment, her medical providers are all located in Macon County and Plaintiff is without means of a vehicle to drive out of her resident city, Decatur, Illinois.

6.     Defendant's Petition to Remove fails to cite any document or new paper that gives any timely basis for a good faith belief that the amount in controversy exceeds this Honorable Court's diversity jurisdictional limits.

7.     Defendant's Petition is therefore untimely and this matter should be remanded back to State Court.

8.     In the alternative and considering the financial hardships on the Plaintiff and Defendant's arguments in support of their *forum non conveniens* motion made in State Court, this matter should be transferred to the Central District Court located within Springfield, Illinois.

Respectfully submitted,

s/ Todd A. Bresney
Todd A. Bresney Atty. Bar No.: 90571
Attorney for Plaintiff
KANOSKI & ASSOCIATES
2730 S. MacArthur Blvd.
Springfield, IL  62704
Telephone:  217/523-7742
Fax:  217/523-1412
E-mail:  Toddb@Kanoski.com