IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

---

SUSAN L. SIMMONS,            )
                             )
                             )
    Plaintiff,         )
                             )
 vs.                         )    Case No.:  1:05-CV-1377
                             )
WAL-MART STORES, INC.,       )
                             )
    Defendant.         )

---

## CERTIFICATE OF SERVICE

    I herby certify that on July 20, 2006, Plaintiff's Motion and Memorandum for Remand or in the Alternative to Transfer to the Springfield Division was filed with the Clerk of the Court via electronically and I hereby certify that on the 20th day of July, 2006, I faxed and mailed by U.S. mail the documents to the following non-registered participants:

        Mr. James DeFranco
        Mr. Cody Moon
        Defranco Law Firm
        785 Wall Street, Suite 200
        O'Falon, IL  62269

                Respectfully Submitted:

                KANOSKI & ASSOCIATES


                By: /s Todd A. Bresney_____


KANOSKI & ASSOCIATES
2730 South MacArthur Boulevard
Springfield, IL 62704
(217) 523-7742
ATTORNEY FOR PLAINTIFF