IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| SUSAN L. SIMMONS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1: 06-cv-1152 ) ) |
| WAL-MART STORES, INC., | ) ) |
| Defendant. | ) ) |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for Wal-Mart Stores, Inc., defendant, furnishes the following in compliance with Rule 11.3 of this Court.

1.  The full name of every party or amicus the attorney represents in the case.

    **ANSWER:**   Wal-Mart Stores, Inc.

2.  If such party or amicus is a corporation:

    a.  Its parent corporation, if any; and

    b.  A list of corporate stockholders which are publicly held companies owning ten percent or more of the stock of the party or amicus if it is a publicly held company.

    **ANSWER:**   a. None.

    b. None.

3.  The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case.

    **ANSWER:**   DeFranco & Bradley, P.C. for defendant Wal-Mart Stores, Inc.

    Kanoski & Associates, for plaintiff.

DeFRANCO & BRADLEY, P.C.

By    s/Cody S. Moon
      James E. DeFranco, #06181134
      Cody S. Moon, #6280657
      785 Wall Street, Suite 200
      O'Fallon, IL 62269
      (618) 628-2000
      (618) 628-2007 Fax
      ATTORNEYS FOR DEFENDANT
      WAL-MART STORES, INC.

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| SUSAN L. SIMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1: 06-cv-1152 |
| v. | ) |
| | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on __31__ day of __July__, 2006, I electronically filed **defendant's Certificate of Interest,** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Todd A. Bresney    toddb@kanoski.com, tbresney@aol.com

DeFRANCO & BRADLEY, P.C.

By __s/Cody S. Moon__
James E. DeFranco, #06181134
Cody S. Moon, #6280657
785 Wall Street, Suite 200
O'Fallon, IL 62269
(618) 628-2000
(618) 628-2007 Fax
ATTORNEYS FOR DEFENDANT