AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

## UNITED STATES DISTRICT COURT

Central District of Illinois

SUSAN SIMMONS
　　Plaintiff
　　　　V.
WAL-MART STORES, INC.
　　Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE —
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

Case Number: 1:06-cv-1152

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

### CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented (PLEASE PRINT) | Signatures (**PLEASE PRINT NAME BELOW ALL SIGNATURES**) | Date |
|---|---|---|
| Susan Simmons | [signature] | 12/28/06 |
| Wal-Mart Stores, Inc. | [signature] Todd A. Bresney / [signature] Cody S. Moon | 12-12-2006 |

### ORDER OF REFERENCE

IT IS ORDERED that this case be referred to _____ United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

_____　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| SUSAN L. SIMMONS, | ) |
| Plaintiff, | ) |
| | ) Case No. 1: 06-cv-1152 |
| v. | ) |
| WAL-MART STORES, INC., | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on ___3___ day of ___Jan.___, 2007, I electronically filed **a Consent to the Exercise of Jurisdiction by a United States Magistrate Judge,** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Todd Bresney    toddb@kanoski.com, tbresney@aol.com

DeFRANCO & BRADLEY, P.C.

By ___s/Cody S. Moon___
James E. DeFranco, #06181134
Cody S. Moon, #6280657
785 Wall Street, Suite 200
O'Fallon, IL 62269
(618) 628-2000
(618) 628-2007 Fax
ATTORNEYS FOR DEFENDANT