**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| SUSAN L. SIMMONS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>)<br>)<br>WAL-MART STORES, INC., )<br>)<br>)<br>Defendant. ) | Case No.: 1:06-CV-1152<br><br>**PLAINTIFF'S CERTIFICATE OF SERVICE** |

**PLAINTIFF'S CERTIFICATE OF SERVICE**

NOW COMES, the Plaintiff, SUSAN L. SIMMONS, by and through her attorneys, KANOSKI & ASSOCIATES, and for its Certificate of Service, certifies that on the 7th day of March, 2007, Plaintiff's Answer to Defendant's Interrogatories was mailed by United States Postal service to Wal-Mart Stores, INC., c/o Mr. Cody Moon, Defranco Law Firm, 785 Wall St., Suite 200, O'Fallon, IL 62269.

 s/ Todd A. Bresney
 Todd A. Bresney Bar Number: 6236758
 Attorney for Susan L. Simmons
 Kanoski & Associates
 237 East Front Street
 Bloomington, IL 61701
 Telephone: (309) 829-5700
 Fax: (309) 829-8499
 E-mail: toddb@kanoski.com