IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| SUSAN L. SIMMONS, ) | |
| ) | Case No.: 1:05-CV-01152 |
| ) | |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S MOTION** |
| vs. ) | **TO AMEND PRETRIAL** |
| ) | **SCHEDULING ORDER** |
| ) | **TO EXTEND RULE 26 EXPERT** |
| ) | **AND OTHER DISCLOSURE** |
| WAL-MART STORES, INC., ) | **DEADLINES** |
| ) | |
| Defendant. ) | |

NOW COMES, the Plaintiff, SUSAN L. SIMMONS, by and through her attorneys, KANOSKI & ASSOCIATES, and in support of her Motion to Amend the Pretrial Rule 16(b) Scheduling Order, states the following:

1. A proposed Rule 16 Scheduling Order was entered on November 1, 2006.

2. During the Rule 16 Scheduling Conference on November 2, 2006, the Honorable Gorman suggested a new scheduling order be entered if the parties consented to the jurisdiction of the Magistrate.

3. The parties submitted their agreed Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction on January 3, 2007 and said Order was entered on January 11, 2007.

4. No new scheduling Order has been entered since the parties consented to the Magistrate.

5. Initial written discovery has been completed.

6. The Plaintiff's deposition has been completed.

7. The parties have mutually agreed to engage in settlement mediation on June 18, 2007.

8. The Rule 16(b) scheduling order submitted before the consent of Magistrate jurisdiction requires Plaintiff to provide Rule 26 expert reports by May 30, 2007.

9. Discovery has yet to reach this stage and is unlikely to do so prior to the settlement mediation.

7. Defendant's representatives have yet to be deposed.

8. The final Pre-trial Conference is currently scheduled for February 1, 2008.

9. Jury Trial is scheduled for March 3, 2008.

10. At the time of the October 3, 2006 Rule 16 Order, the pretrial and trial dates had yet to be determined.

11. Extending the Rule 16 cut-off dates 120 days will not prejudice any party and the currently scheduled trial and pretrial dates can stand unfettered.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court enter and continue all Rule 16 Order cut-off dates for 120 days for the aforementioned reasons.

Respectfully submitted,

s/ Todd A. Bresney
Todd A. Bresney Atty. Bar No.: 90571
Attorney for Plaintiff
KANOSKI & ASSOCIATES
2730 S. MacArthur Blvd.
Springfield, IL  62704
Telephone:  217/523-7742
Fax:  217/523-1412
E-mail:  Toddb@Kanoski.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served by placing a copy in envelopes addressed to**:**

   Mr. Cody Moon
   Defranco Law Firm
   785 O'Fallon, IL 62269

and deposited with the United States Mail in Bloomington, Illinois with postage fully paid on May 30, 2007.

   s/ Todd A. Bresney
   Todd A. Bresney Atty. Bar No.: 90571
   Attorney for Plaintiff
   KANOSKI & ASSOCIATES
   2730 S. MacArthur Blvd.
   Springfield, IL  62704
   Telephone:  217/523-7742
   Fax:  217/523-1412
   E-mail:  Toddb@Kanoski.com