IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| SUSAN L. SIMMONS, ) | |
| ) | Case No.: 1:06-CV-01152 |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S CERTIFICATE** |
| vs. ) | **OF SERVICE** |
| ) | |
| WAL-MART STORES, INC., ) | |
| Defendant. ) | |

**PLAINTIFF'S CERTIFICATE OF SERVICE**

NOW COMES, the Plaintiff, SUSAN L. SIMMONS, by and through her attorneys, KANOSKI & ASSOCIATES, and for its Certificate of Service, certifies that on the 29th day of May, 2007, Plaintiff's Rule 26(a)(1) Initial Disclosures was mailed by United States Postal service to Wal-Mart Stores, INC., c/o Mr. Cody Moon, Defranco Law Firm, 785 Wall St., Suite 200, O'Fallon, IL 62269.

s/ Todd A. Bresney
Todd A. Bresney Bar Number: 6236758
Attorney for Susan L. Simmons
Kanoski & Associates
237 East Front Street
Bloomington, IL 61701
Telephone: (309) 829-5700
Fax: (309) 829-8499
E-mail: toddb@kanoski.com