IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| SUSAN L. SIMMONS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1: 06-cv-1152 ) ) |
| WAL-MART STORES, INC., | ) ) |
| Defendant. | ) |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND PRE-TRIAL SCHEDULING ORDER

Defendant, Wal-Mart Stores, Inc. ("Wal-Mart"), by and through its attorneys, DeFranco & Bradley, P.C., hereby joins in plaintiff's motion to amend the pre-trial scheduling order to extend the Rule 26 expert and other disclosure deadlines. Defendant requests this Court set this case for further scheduling conference after June 18, 2007 and requests that the parties be permitted leave to file an amended joint scheduling and discovery report on or after June 18, 2007. Defendant hereby advises the Court that the parties have agreed to non-binding mediation to take place on June 18, 2007.

DeFRANCO & BRADLEY, P.C.

By   s/Cody S. Moon
        Cody S. Moon, #6280657
        785 Wall Street, Suite 200
        O'Fallon, IL 62269
        (618) 628-2000
        (618) 628-2007 Fax
        ATTORNEY FOR DEFENDANT
        WAL-MART STORES, INC.

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| SUSAN L. SIMMONS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1: 06-cv-1152 ) ) |
| WAL-MART STORES, INC., | ) ) |
| Defendant. | ) ) |

### CERTIFICATE OF SERVICE

I hereby certify that on 1st day of June, 2007, I electronically filed **defendant's Response to Plaintiff's Motion to Amend Pre-Trial Scheduling Order,** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Todd A. Bresney    toddb@kanoski.com, tbresney@aol.com


DeFRANCO & BRADLEY, P.C.


By ___s/Cody S. Moon_____
Cody S. Moon, #6280657
785 Wall Street, Suite 200
O'Fallon, IL 62269
(618) 628-2000
(618) 628-2007 Fax
ATTORNEYS FOR DEFENDANT

2