# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| SUSAN L. SIMMONS, ) | Case No.: 1:06-CV-01152 |
| Plaintiff, ) | |
| vs. ) | **PLAINTIFF'S NOTICE OF DEPOSITION** |
| WAL-MART STORES, INC., ) | |
| Defendant. ) | |

**TO:** Mr. James Edelman, 2421 E. Washington, Bldg. 24 #219, Bloomington, IL, 61704

YOU AND EACH OF YOU will hereby take notice that on **June 12, 2007 at 2:00PM** at the offices of **Kanoski & Associates, 237 East Front St., Bloomington, Illinois**, the Plaintiff will take the Discovery deposition of Mr. James Edelman under Supreme Court Rule No. 206; that said deposition will be taken on oral interrogatories before a notary public, or any other officer authorized by law to take depositions in like cases, at which time and place said deponent is requested to appear for said deposition.

Dated this 6th day of June, 2007.

> s/ Todd A. Bresney
> Todd A. Bresney Bar Number: 6236758
> Attorney for Susan L. Simmons
> Kanoski & Associates
> 237 East Front Street
> Bloomington, IL  61701
> Telephone: (309) 829-5700
> Fax:  (309) 829-8499
> E-mail: toddb@kanoski.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| SUSAN L. SIMMONS, | ) | Case No.: 1:06-CV-01152 |
| Plaintiff, | ) | |
| vs. | ) | **PLAINTIFF'S CERTIFICATE OF SERVICE** |
| WAL-MART STORES, INC., | ) | |
| Defendant. | ) | |

**PLAINTIFF'S CERTIFICATE OF SERVICE**

NOW COMES, the Plaintiff, SUSAN L. SIMMONS, by and through her attorneys, KANOSKI & ASSOCIATES, and for its Certificate of Service, certifies that on the 6th day of June, 2007, Plaintiff's Notice of Deposition was mailed by United States Postal service to Wal-Mart Stores, INC., c/o Mr. Cody Moon, Defranco Law Firm, 785 Wall St., Suite 200, O'Fallon, IL  62269.

s/ Todd A. Bresney
Todd A. Bresney Bar Number: 6236758
Attorney for Susan L. Simmons
Kanoski & Associates
237 East Front Street
Bloomington, IL  61701
Telephone: (309) 829-5700
Fax:  (309) 829-8499
E-mail: toddb@kanoski.com