IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| SUSAN L. SIMMONS, | ) | Case No.: 1:06-CV-01152 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PLAINTIFF'S NOTICE OF** |
| vs. | ) | **DEPOSITION** |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**TO:    Mr. Edward Mendry, 715 W. Market, Apt. 13, Bloomington, IL, 61701**

YOU AND EACH OF YOU will hereby take notice that on **June 12, 2007 at 1:00PM** at the offices of **Kanoski & Associates, 237 East Front St., Bloomington, Illinois**, the Plaintiff will take the Discovery deposition of Mr. Edward Mendry under Supreme Court Rule No. 206; that said deposition will be taken on oral interrogatories before a notary public, or any other officer authorized by law to take depositions in like cases, at which time and place said deponent is requested to appear for said deposition.

Dated this 6th day of June, 2007.

s/ Todd A. Bresney
Todd A. Bresney Bar Number: 6236758
Attorney for Susan L. Simmons
Kanoski & Associates
237 East Front Street
Bloomington, IL  61701
Telephone: (309) 829-5700
Fax:  (309) 829-8499
E-mail: toddb@kanoski.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| SUSAN L. SIMMONS, | ) | Case No.: 1:06-CV-01152 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PLAINTIFF'S CERTIFICATE** |
| vs. | ) | **OF SERVICE** |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S CERTIFICATE OF SERVICE**

NOW COMES, the Plaintiff, SUSAN L. SIMMONS, by and through her attorneys, KANOSKI & ASSOCIATES, and for its Certificate of Service, certifies that on the 6th day of June, 2007, Plaintiff's Notice of Deposition was mailed by United States Postal service to Wal-Mart Stores, INC., c/o Mr. Cody Moon, Defranco Law Firm, 785 Wall St., Suite 200, O'Fallon, IL  62269.

s/ Todd A. Bresney
Todd A. Bresney Bar Number: 6236758
Attorney for Susan L. Simmons
Kanoski & Associates
237 East Front Street
Bloomington, IL  61701
Telephone: (309) 829-5700
Fax:  (309) 829-8499
E-mail: toddb@kanoski.com