IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| SUSAN L. SIMMONS,<br><br> Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br> Defendant. | )<br>)<br>)<br>) Case No. 1: 06-CV-1152<br>)<br>)<br>)<br>)<br>) |

### STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed, by and between the parties to the above entitled cause, that said cause having been settled as to defendant, WAL-MART STORES, INC., the action may be dismissed with prejudice to plaintiff, with each party to bear its own costs and the court file may be closed.


KANOSKI & ASSOCIATES     DeFRANCO & BRADLEY, P.C.


By: ___s/Todd A. Bresney (w/consent___  By: ___s/James E. DeFranco___
   Todd A. Bresney, Esq.        James E. DeFranco, #06181134
   237 E. Front Street         Cody S. Moon, #6280657
   Bloomington, IL 61701       785 Wall Street, Suite #200
   (309) 829-5700          O'Fallon, IL 62269
   (309) 829-8499 Fax        (618) 628-2000
                      (618) 628-2007 Fax
   ATTORNEYS FOR PLAINTIFF    ATTORNEYS FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| SUSAN L. SIMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1: 06-CV-1152 |
| v. ) | |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on 5th day of July, 2007, I electronically filed **Stipulation for Dismissal** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Todd A. Bresney    toddb@kanoski.com, tbresney@aol.com


DeFRANCO & BRADLEY, P.C.


By ___s/James E. DeFranco_____
James E. DeFranco, #06181134
Cody S. Moon, #6280657
785 Wall Street, Suite 200
O'Fallon, IL 62269
(618) 628-2000
(618) 628-2007 Fax
ATTORNEYS FOR DEFENDANT